UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | HON. ROBERT B. KUGLER |
| Plaintiff(s), | : | |
| | : | |
| v. | : | Criminal No. 05-144(RBK) |
| | : | |
| MARK JULIANO, | : | |
| Defendant(s). | : | |

**O R D E R**

**THIS MATTER HAVING** come before the court upon the Motion of Defendant Mark Juliano, to terminate supervised release or in the alternative, transfer supervised release, by John C. Eastlack, Jr., Esq., counsel for defendant, and the court having reviewed the papers submitted and for the reasons expressed in an Opinion issued concurrently with this Order,

**IT IS ON THIS**  7th  day of October, 2010, **ORDERED** that defendant's Motion to terminate supervised release or in the alternative transfer supervised release [document 16-1], be and is hereby **DENIED**.

s/Robert B. Kugler
ROBERT B. KUGLER
United States District Judge